# COUNTY OF SUFFOLK



**VINCENT PULEO**
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859

Date: DEC 0 1 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 04 2025 ★
LONG ISLAND OFFICE

25cv6578-ST

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 613931/2025, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz
Administrative Assistant
E-filing Coordinator

Rev. 12/02/2022



CC #: C25-63965

# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original
**CLERKS MINUTES NYSCEF**
filed in my office on **12/01/2025**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **12/1/2025** .

SUFFOLK COUNTY CLERK

*U Puleo*

VINCENT PULEO

SEAL

Case Caption:  ROSALVA PENA REYES v. WALMART, INC et al
Judge Name:  James F. Matthews

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 05/28/2025 | Suris, R. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE WALMART INC | Processed | 06/30/2025 | Suris, R. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE WALMART STORES EAST, LP | Processed | 06/30/2025 | Suris, R. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE PJ VENTURE II LLC | Processed | 06/30/2025 | Suris, R. |
| 5 | ANSWER | Processed | 07/09/2025 | O'Connor, P. |
| 6 | DEMAND FOR: | Processed | 07/09/2025 | O'Connor, P. |
| 7 | ANSWER (AMENDED) | Processed | 07/22/2025 | O'Connor, P. |
| 8 | PRELIMINARY CONFERENCE REQUEST | Processed | 08/21/2025 | O'Connor, P. |
| 9 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | Processed | 08/21/2025 | O'Connor, P. |
| 10 | COURT NOTICE | Processed | 08/27/2025 | Court User |
| 11 | ORDER - PRELIMINARY CONFERENCE | Processed | 09/22/2025 | Court User |
| 12 | STIPULATION - PARTIAL DISCONTINUANCE (POST RJI) | Processed | 11/24/2025 | O'Connor, P. |
| 13 | NOTICE OF REMOVAL / REMAND (POST RJI) | Processed | 11/26/2025 | O'Connor, P. |
| 14 | EXHIBIT(S) - A<br>Ex. A - Notice of Removal | Processed | 11/26/2025 | O'Connor, P. |

WM 25-500 PO
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------X
ROSALVA PENA REYES,

                Plaintiff,

      -against-

WALMART, INC., WAL-MART STORES EAST, LP
and PJ VENTURE II, LLC,

                Defendants.
-----------------------------------------------------------------X

Index No.: 613931/2025

NOTICE OF REMOVAL

COUNSELORS:

        PLEASE TAKE NOTICE, that upon the removal of this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York, a Notice of Removal, a copy of which is annexed hereto was duly filed in the office of the Clerk of the United States District Court for the Eastern District of New York on the 26th day of November, 2025.

Dated: Northport, New York
       November 26, 2025

                          Yours, etc.

                          O'CONNOR & O'CONNOR, ESQS.
                          Attorneys for Defendant

                          By:   s/
                              PATRICIA A. O'CONNOR (PO 5645)
                              7 Bayview Avenue
                              Northport, New York 11768
                              (631) 261-7778
                              File No.: WM 25-500 PO

TO:   SURIS & ASSOCIATES, P.C.
       Attorneys for Plaintiff
       395 North Service Road, Suite 302
       Melville, New York 11747
       (631) 423-9700
       File No.: 4029442JB

***MATTER DISCONTINUED AS AGAINST DEFENDANT
PJ VENTURE II LLC i/s/h/a PJ VENTURE II, LLC***